**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TRAVIS CASKEY, <br><br> Defendant. | **No. 14-CR-4038-DEO** <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION CONCERNING GUILTY PLEA** |

## I.  INTRODUCTION AND BACKGROUND

Before the Court is Magistrate Judge Leonard T. Strand's Report and Recommendation Concerning Guilty Plea (Docket No. 8, 04/21/2014).

On April 16, 2014, a two count Information with Forfeiture Allegation (Docket No. 1) was filed in the above-referenced case.  On April 21, 2014, Defendant Travis Caskey entered guilty pleas to Counts 1 and 2 of the Information before United States Magistrate Judge Leonard T. Strand.

Count 1 of the Information charges "Conspiracy to Distribute a Controlled Substance" stating, that beginning in 2012, and continuing to about February 5, 2014, in the Northern District of Iowa and elsewhere, defendant Travis Caskey, did knowingly and intentionally combine, conspire,

confederate, and agree with other persons known and unknown, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, which contained 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

Count 2 of the Information charges "Possession of Firearms by a Felon," and states on or about February 5, 2014, in the Northern District of Iowa, defendant Travis Caskey, did knowingly possess, in and affecting commerce, firearms, namely, (1) a .22 caliber Winchester rifle, with partial serial number B19_1760; (2) .22 caliber Winchester rifle, model 320KA, with obliterated serial number; (3) 12 gauge New England shotgun, serial number NJ243384; (4) 12 gauge Browning shotgun, serial number 751PP31136; (5) 20 gauge Master Mag shotgun, serial number H824051; (6) .22 caliber Davis Industries Derringer type pistol (with holster), serial number 578369; (7) .45 caliber magazine; and (8) miscellaneous ammunition. Defendant Travis Caskey previously had been convicted of a crime punishable by imprisonment for a term

exceeding one year, namely: two counts of Burglary Third Degree, class D Felonies, in the Iowa District Court for Woodbury County, on or about March 18, 1999, in case number FECR048246.

This was in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

The "Forfeiture Allegation" contained in the Information states, by virtue of having committed the acts specified in the Information, defendant Travis Caskey shall forfeit to the United States any firearms and ammunition involved in or used in the knowing violation of Title 18, United States Code Section 922(g)(1), including but not limited to the firearms listed above.

This is pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

The Report and Recommendation (Docket No. 8), states that there is a plea agreement[1] and recommends that defendant Travis Caskey's guilty pleas be accepted. Waivers of objections to Judge Strand's Report and Recommendation were filed by each party (Docket Nos. 9 and 10). The Court,

---

[1] Filed under seal at Docket No. 11.

therefore, undertakes the necessary review to accept defendant Travis Caskey's plea in this case.

## II. ANALYSIS

### A. Standard of Review

Pursuant to statue, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommendation decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

As mentioned, waivers of objections to the Report and Recommendation have been filed, and it appears to the Court upon review of Magistrate Judge Strand's findings and conclusions that there are no grounds to reject or modify them.

**IT IS THEREFORE HEREBY ORDERED** that this Court accepts Magistrate Judge Strand's Report and Recommendation (Docket No. 8), and accepts defendant Travis Caskey's pleas of guilty in this case to Counts 1 and 2 of the Information (Docket No. 1).

**IT IS SO ORDERED** this 7th day of May, 2014.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa